UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 19-MJ-123 |
| | : | |
| ANTHONY M. REID, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 875(c) |
| Defendant. | : | (Interstate Communications) |
| | : | 18 U.S.C. § 844(e) |
| | : | (Willfully Making a Threat) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 6, 2019, within the District of Columbia and elsewhere, **ANTHONY M. REID**, willfully and knowingly did transmit in interstate commerce from the State of New York, to the District of Columbia, a communication by electronic mail to Rebecca Snyder, and the communication contained a threat to injure Rebecca Snyder, that is, to kill or injure her, and a communication by Facebook, which communication contained a threat to injure the person of Rebecca Snyder, that is, to kill or injure her.

(**Interstate Communications**, in violation Title 18, United States Code, Section 875(c))

## COUNT TWO

On or about May 6, 2019, within the District of Columbia and elsewhere, **ANTHONY M. REID**, by means and use of an instrument of interstate commerce, that is, the telephone, or other instrument of interstate commerce, that is, electronic mail and Facebook, willfully threatened to kill, injure, or intimidate Rebecca Snyder.

(**Willfully Making a Threat**, in violation of Title 18, United States Code, Section 844(e))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu /DAB*

Attorney of the United States in
and for the District of Columbia