# EXHIBIT A



**UNITED STATES MARINE CORPS**
MARINE AERIAL REFUELER TRANSPORT SQUADRON 152
MARINE AIRCRAFT GROUP 12
1ST MARINE AIRCRAFT WING
UNIT 37220
FPO AP 96310-7220

IN REPLY REFER TO
5800
LEGAL
15 JUL 2016

From: Commanding Officer, Marine Aerial Refueler Transport Squadron 152
To:   Private Anthony M. Reid 1027127378/6336 USMC

Subj: REQUIREMENT TO SELL PRIVATELY OWNED VEHICLE

1. This letter is to notify you that due to your Status of Forces (SOFA) license being revoked on 8 June 2016 you are no longer eligible to own or operate a privately owned vehicle aboard Marine Corps Air Station Iwakuni.

2. You are directed to turn your keys into the Squadron Duty Officer (SDO) until you have a sale or disposal arranged. Once the sale or disposal is arranged Staff Sergeant Durbin may retrieve the keys from the SDO and assist you in completing the sale and transporting the vehicle. At no time are you to operate the vehicle

3. Effective 15 July 2016, you have 30 days to either sell or otherwise dispose of the vehicle.

4. Point of contact in regards to this matter is the Legal Officer, 1stLt Rasmussen, at DSN 315-255-2176 or Michael.rasmussen@usmc.mil.

A. J. PUSHART

---

RECEIVING ENDORSEMENT

1. I, Anthony M Reid, hereby acknowledge and understand the contents of this order.

A. M. REID

# EXHIBIT B

https://www.facebook.com/anthony.reid.1656854/photos?lst=1282339309%3A100031726822319%3A1558442790

Lighthouse La... | https://www.sldcad... | https://webmail16....

**Anthony Reid**

in doubt of the way military does things

13:29

So I been keeping up with your posts and this is nutts.

I had no idea you were accused of sexual assault. I

Professional supervision of military counsel

Rule 104. Unlawful command influence

(a) General prohibitions.

(1) Convening authorities and commanders. convening authority or commander may censu reprimand, or admonish a court-martial or oth military tribunal or any member, military judge, counsel thereof, with respect to the findings sentence adjudged by the court-martial or tribun or with respect to any other exercise of the functio of the court-martial or tribunal or such persons the conduct of the proceedings.

(2) All persons subject to the UCMJ. No pers subject to the UCMJ may attempt to coerce or, by a unauthorized means, influence the action of a cou martial or any other military tribunal or any memb thereof, in reaching the findings or sentence in a case or the action of any convening, approving, reviewing authority with respect to such authority judicial acts.









PLEASE FILL OUT AND RETURN TO THE MILITARY JUSTICE SECTION BY

Sir at about 1000 this morning I reported to the MAG-12 legal adjutant, Capt

Begin forwarded message:

From: Reid LCpl Anthony M




Anthony Reid
April 28

1

Like    Share

# EXHIBIT C





