UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 19-172 (TFH)** |
| | : | |
| **ANTHONY M. REID,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENSE COUNSEL'S
### MOTION TO WITHDRAW

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to defense counsel's Motion to Withdraw.

On August 30, 2019, defense counsel Gregory English, Esq., filed a motion to withdraw his appearance as counsel for defendant Anthony Reid [ECF Doc. 14]. According to the motion, the withdrawal request is made due to a fractured relationship between the defendant and Mr. English. The government respectfully requests the Court to schedule a status hearing to address this matter. The parties are available for a status hearing on the following dates: September 5, 2019, from 11:00 a.m. to 1:30 p.m.; September 9, 2019, from 10:00 a.m. to 2:00 p.m.; and September 10, 2019, at 12:30 p.m. or 1:00 p.m.

Wherefore, the government respectfully requests the Court to schedule a status hearing to address defense counsel's Motion to Withdraw.

    Respectfully submitted,

    JESSIE K. LIU
    UNITED STATES ATTORNEY
    D.C. Bar No. 472-845

By:     /s/
    Karla-Dee Clark
    D.C. Bar No. 435-782
    Assistant United States Attorney
    555 4th Street, N.W., Fourth Floor
    Washington, D.C. 20530
    (202) 252-7740
    Karla-Dee.Clark@usdoj.gov